**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0749-20

DEPUY SYNTHES SALES, INC.
and DEPUY SPINE, LLC,

      Plaintiffs-Respondents,

v.

MATTHAUS DENGLER, MARK
SIENKIEWICZ, and ORTHOFIX
SPINAL IMPLANTS, INC.,

      Defendants-Appellants.

_____

Submitted February 3, 2021 – Decided February 12, 2021

Before Judges Ostrer, Accurso, and Vernoia.

On appeal from the Superior Court of New Jersey, Chancery Division, Middlesex County, Docket No. C-000068-20.

Orloff, Lowenbach, Stifelman & Siegel, P.A., and Matthew Berliner and Eric J. Hardeman (Fortis, LLP) of the California bar, admitted pro hac vice, attorneys for appellants (Laurence B. Orloff and Marc C. Singer, of counsel; Marc C. Singer, Xiao Sun, Matthew Berliner, and Eric J. Hardeman, on the briefs).

Anthony B. Haller (Blank Rome, LLP) of the Pennsylvania bar, admitted pro hac vice, attorney for respondents (Stephen M. Orlofsky, Leigh Ann Buziak, Michael R. Darbee, and Anthony B. Haller, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0749-20